IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             No. 04-20390-B/An

DOSEY NEWTON,

    Defendants.

---

## ORDER GRANTING MOTION TO CONTINUE SURRENDER DATE

---

Before the court is the motion of Defendant, Dosey Newton, for a continuance of his surrender date, presently set for August 31, 2005. In support of his motion, Defendant states that an additional thirty (30) days is necessary to make final arrangements for his children's care. The government has no objection to the Defendant's motion.

Accordingly, the Court GRANTS Defendant's motion for a continuance of his surrender date for an additional thirty (30) days. Defendant is to report to FCI Forrest City on Monday, October 3, 2005, at 2:00 p.m.

**IT IS SO ORDERED** this 31st day of August, 2005.

                                   J. DANIEL BREEN
                                   UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-2-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:04-CR-20390 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sara F. Merritt
LAW OFFICE OF SARA F. MERRITT
3109 Kiehl Ave.
Sherwood, AR 72120

Edward W. Chandler
LAW OFFICE OF EDWARD CHANDLER
617 Don Quixote
Mountain Home, AR 72653

Honorable J. Breen
US DISTRICT COURT